**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VISITING NURSE ASSOCIATION & HOSPICE | § § § § | Case No. 14-30330 |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Harold B. Murphy, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,111.02 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $66,189.71 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $86,223.14 | |

3) Total gross receipts of $1,459,471.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,307,058.88 (see **Exhibit 2**), yielded net receipts of $152,412.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $33,584,735.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $86,223.14 | $86,223.14 | $86,223.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $66,189.71 | $129,416.71 | $66,189.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $97,054.68 | $35,019,817.79 | $1,089,822.96 | $0.00 |
| **TOTAL DISBURSEMENTS** | $33,681,789.68 | $35,172,230.64 | $1,305,462.81 | $152,412.85 |

4) This case was originally filed under chapter 7 on 04/03/2014.  The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2017                    By: /s/ Harold B. Murphy
                                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TD Bank Operating Account ending in 4565 | 1129-000 | $235,073.17 |
| Misc receipts | 1290-000 | $30.00 |
| Estate of Barbara Ann Lesage | 1290-000 | $25,000.00 |
| Wil of Constance M. Caron | 1223-000 | $919.00 |
| Accounts Receivable due on outstanding patient a | 1129-000 | $95,776.13 |
| Philip F. Desch Memorial Fund grant | 1280-000 | $2,186.50 |
| TD Bank VNA Endownment Account ending in 4573 | 1129-000 | $1,100,486.93 |
| **TOTAL GROSS RECEIPTS** | | **$1,459,471.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Northern Berkshire Healthcare, Inc. | Per Court Order dated 12/16/15 ($1,950,000 to Wells Fargo went out of NBH account); $245,000.00 | 8500-000 | $1,307,058.88 |
| | Restricted funds transferred to other account; $1,061,999.77 | | |
| | Funds wired into VNA for restricted accounts in NBH; $59.11 | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,307,058.88** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Wells Fargo Bank, N.A. c/o Steven Weiss, Esq. | 4110-000 | $33,584,735.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$33,584,735.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - HAROLD B. MURPHY | 2100-000 | NA | $23,117.69 | $23,117.69 | $23,117.69 |
| Attorney for Trustee Fees - Murphy & King, P.C. | 3110-000 | NA | $32,501.68 | $32,501.68 | $32,501.68 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $520.29 | $520.29 | $520.29 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $12,798.48 | $12,798.48 | $12,798.48 |
| Other State or Local Taxes (post-petition) - Commonwealth of Massachusetts | 2820-000 | NA | $1,035.00 | $1,035.00 | $1,035.00 |
| Accountant for Trustee Fees (Other Firm) - Verdolino & Lowey, P.C., Accountants to Trustee | 3410-000 | NA | $16,250.00 | $16,250.00 | $16,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$86,223.14** | **$86,223.14** | **$86,223.14** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berkshire Medical Center, Inc. | 5800-000 | NA | $63,227.00 | $63,227.00 | $63,227.00 |
| 5P | Earthlink fdba One Communications | 5800-000 | $0.00 | $1,358.16 | $1,358.16 | $1,358.16 |
| 16 | Commonwealth of Massachusetts | 5800-000 | $0.00 | $1,604.55 | $1,604.55 | $1,604.55 |
| RSTDFUND | Attorney General of Massachusetts | 5900-000 | $0.00 | $0.00 | $63,227.00 | $0.00 |
| N/F | Alison Rice | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Amy Desorgher | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Cariddi | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Stein | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Bernadette M. Kozik | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Bonnie Haig | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Brenda Hitchcock | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Brenda Solivan | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Cheryl Horn | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Cheryl Wellington | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Cheryl Witherell | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Corinne Case | 5800-000 | $0.00 | NA | NA | NA |
| N/F | David Blanchette | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Deborah A. Wineberg | 5800-000 | $0.00 | NA | NA | NA |

| N/F | Diane L. Niles | 5800-000 | $0.00 | NA | NA | NA |
|-----|----------------|----------|-------|----|----|-----|
| N/F | Diane Lesniak | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Diane M. Burdick | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Donna Cwalinski | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Eileen m. Champoux | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Elizabeth Hinkley Mougin | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Ellen Morehouse | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Geralyn A. Ballou | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Glorida J. Richard | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Glorida Kennedy | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Heather Lesniak | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Heather Levesque | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Holly Bernarz | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | NA | NA | NA | NA |
| N/F | Jean Maynard | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Jeanna M. Johnson | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Jennifer Ann Mach | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Joann Allan | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Joy L. Fairneny-Laforest | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Karen T. Bendarz | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Kathleen Montgomery | 5800-000 | $0.00 | NA | NA | NA |

| N/F | Kathleen Schultze | 5800-000 | $0.00 | NA | NA | NA |
|-----|-------------------|----------|-------|----|----|----|
| N/F | Kelly J. Bostwick | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Laurelle L. Shartrand | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Lynda D. O'Neil | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Marguerite A. Robare | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Marie R. Coody | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Martha Labbee | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Massachusetts Department of Revenue | 5800-000 | NA | NA | NA | NA |
| N/F | Matthew Gottung | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Melissa Anne Lincoln | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Nancy Herbert | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Nicole Lynn Johnson | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Patricia R. Burdick | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Phyllis A. Charron | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Polly Macpherson | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Rebecca Randall | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Salwa K. Maher | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Sandra L. Shank | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Susan Peck | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Tabitha Larabee | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Tamaryn E. Clowdus | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Vermont Department of Taxes | 5800-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Wendy A. Dubis | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Yishan Fuan | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$66,189.71** | **$129,416.71** | **$66,189.71** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pitney Bowes Global Financial Services LLC | 7100-000 | $0.00 | $6,119.68 | $6,119.68 | $0.00 |
| 2 | Pitney Bowes Inc | 7100-000 | $0.00 | $1,241.65 | $1,241.65 | $0.00 |
| 3 | Dilego Jewelry Store | 7100-000 | $0.00 | $450.20 | $450.20 | $0.00 |
| 4 | Fazzi Associates, Inc. | 7100-000 | $0.00 | $438.75 | $438.75 | $0.00 |
| 5U | Earthlink fdba One Communications | 7100-000 | $0.00 | $1,035.41 | $1,035.41 | $0.00 |
| 6 | Sanofi Pasteur | 7100-000 | $0.00 | $79.12 | $79.12 | $0.00 |
| 7 | NBH Plan Trust | 7100-000 | $0.00 | $212,716.15 | $212,716.15 | $0.00 |
| 8 | Financial Education & Development, Inc. | 7100-000 | $0.00 | $175.00 | $175.00 | $0.00 |
| 9 | United States of America | 7100-000 | $0.00 | $50,003.07 | $50,003.07 | $0.00 |
| 10 | Pension Benefit Guaranty Corporation | 7100-000 | $0.00 | $593,821.55 | $593,821.55 | $0.00 |
| 11 | Wells Fargo Bank National Association | 7100-000 | $0.00 | $33,929,994.83 | $0.00 | $0.00 |
| 12 | Willowood of Williamstown, Inc. | 7100-000 | $0.00 | $15,535.91 | $15,535.91 | $0.00 |
| 13 | Willowood of North Adams, Inc. | 7100-000 | $0.00 | $5,730.91 | $5,730.91 | $0.00 |
| 14 | Hopkins Medical Products | 7100-000 | $0.00 | $197.52 | $197.52 | $0.00 |
| 15 | Commonwealth of Massachusetts | 7100-000 | $0.00 | $152,274.97 | $152,274.97 | $0.00 |
| 17 | Department of Health and Human Services | 7100-000 | $0.00 | $50,003.07 | $50,003.07 | $0.00 |

| N/F | Alexander Aronson Finning | 7100-000 | $3,366.00 | NA | NA | NA |
|-----|---------------------------|----------|-----------|----|----|----|
| N/F | Alimed Inc. | 7100-000 | $85.75 | NA | NA | NA |
| N/F | Berkshire Chamber of Commerce | 7100-000 | $904.00 | NA | NA | NA |
| N/F | Berkshire Communications | 7100-000 | $1,247.00 | NA | NA | NA |
| N/F | Berkshire County Network The Professional Building | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Berkshire Eagle | 7100-000 | $17.94 | NA | NA | NA |
| N/F | Berkshire Medical Center | 7100-000 | $510.05 | NA | NA | NA |
| N/F | CLIA Laboratory Program | 7100-000 | $150.00 | NA | NA | NA |
| N/F | CTC Communications | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carefusion Solutions, LLC | 7100-000 | $1,427.00 | NA | NA | NA |
| N/F | Carr Hardware | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Connecticut Business System | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Coram Healthcare Corp. of Mass An Apria Healthcare Company | 7100-000 | $256.42 | NA | NA | NA |
| N/F | Dilego Jewelry Store | 7100-000 | $450.20 | NA | NA | NA |
| N/F | Donovan Construction Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Earthlink Business | 7100-000 | $993.97 | NA | NA | NA |
| N/F | Elaine Mensh | 7100-000 | $126.00 | NA | NA | NA |
| N/F | Elizabeth Stuhr | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fazzi Associates | 7100-000 | $341.50 | NA | NA | NA |

| N/F | Fidelity Security Life Insurance Co. | 7100-000 | $43.68 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Flower Gallery | 7100-000 | $52.00 | NA | NA | NA |
| N/F | Foundation for Home Health Care | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HCPRO | 7100-000 | $367.00 | NA | NA | NA |
| N/F | HFMA Two Westbrook Corporation Center | 7100-000 | $298.00 | NA | NA | NA |
| N/F | Home Care Alliance of Massachusetts | 7100-000 | $2,270.44 | NA | NA | NA |
| N/F | Hopkins Medical Products | 7100-000 | $197.52 | NA | NA | NA |
| N/F | Little's HSC Pharmacy | 7100-000 | $5,032.19 | NA | NA | NA |
| N/F | Liturgical Publications, Inc. | 7100-000 | $1,044.00 | NA | NA | NA |
| N/F | Maintenance Man, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Medical Information Technology | 7100-000 | $5,794.00 | NA | NA | NA |
| N/F | Medline Industries | 7100-000 | $1,807.83 | NA | NA | NA |
| N/F | Nassif's Pharmacy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | National Research Corporation | 7100-000 | $2,986.73 | NA | NA | NA |
| N/F | North Adams Commons | 7100-000 | $9,979.98 | NA | NA | NA |
| N/F | North Adams Regional Hospital | 7100-000 | $8,013.00 | NA | NA | NA |
| N/F | Northern Berkshire United Way | 7100-000 | $7.00 | NA | NA | NA |
| N/F | Purchase Power | 7100-000 | $937.69 | NA | NA | NA |
| N/F | SOFCO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sanofi Pasteur, Inc. | 7100-000 | $79.12 | NA | NA | NA |

| N/F | Sheds N Stuff | 7100-000 | $0.00 | NA | NA | NA |
|-----|---------------|----------|-------|-----|-----|-----|
| N/F | Stuart Davis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Supermedia LLC | 7100-000 | $474.54 | NA | NA | NA |
| N/F | Surgimed | 7100-000 | $3,803.73 | NA | NA | NA |
| N/F | Sweet Brook of Williamstown | 7100-000 | $28,042.23 | NA | NA | NA |
| N/F | T&C Flynn's Pharmacy Inc. | 7100-000 | $243.22 | NA | NA | NA |
| N/F | The North Adams Transcript | 7100-000 | $0.00 | NA | NA | NA |
| N/F | U.S. Postal Service CMRS PBP | 7100-000 | $850.00 | NA | NA | NA |
| N/F | VNA & Hospice of Northern Berkshire | 7100-000 | $165.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $231.79 | NA | NA | NA |
| N/F | Verizon Yellow Pages | 7100-000 | $0.00 | NA | NA | NA |
| N/F | W.B. Mason | 7100-000 | $693.88 | NA | NA | NA |
| N/F | Waters of Sand Springs EJM Enterprises | 7100-000 | $52.00 | NA | NA | NA |
| N/F | Whitman's Crystal Clean | 7100-000 | $432.00 | NA | NA | NA |
| N/F | Williamstown Commons | 7100-000 | $13,039.44 | NA | NA | NA |
| N/F | Zep Manufacturing Company | 7100-000 | $5.84 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$97,054.68** | **$35,019,817.79** | **$1,089,822.96** | **$0.00** |

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   14-30330

**Case Name:**   VISITING NURSE ASSOCIATION & HOSPICE

**For Period Ending:**   10/06/2017

**Trustee Name:**   (410300) Harold B. Murphy

**Date Filed (f) or Converted (c):**   04/03/2014 (f)

**§ 341(a) Meeting Date:**   05/08/2014

**Claims Bar Date:**   08/13/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD Bank Commercial Checking Account ending in 92 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | TD Bank VNA Endownment Account ending in 4573 | 38,428.06 | 38,428.06 | | 1,100,486.93 | FA |
| 3 | TD Bank Operating Account ending in 4565 | 53,826.31 | 53,826.31 | | 235,073.17 | FA |
| 4 | Accounts Receivable due on outstanding patient a | 365,983.89 | 365,983.89 | | 95,776.13 | FA |
| 5 | Misc. office furnishings, including phones, work | 9,111.02 | 9,111.02 | | 0.00 | FA |
| 6 | Misc receipts (u) | 0.00 | 0.00 | | 30.00 | FA |
| 7 | Philip F. Desch Memorial Fund grant (u) | 0.00 | 0.00 | | 2,186.50 | FA |
| 8 | Estate of Barbara Ann Lesage (u) | 0.00 | 0.00 | | 25,000.00 | FA |
| 9 | Wil of Constance M. Caron (u) | Unknown | Unknown | | 919.00 | FA |
| 9 | **Assets      Totals      (Excluding unknown values)** | **$467,349.28** | **$467,349.28** | | **$1,459,471.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

Waiting for collection of one asset; resolving claims

Waiting for collection of one sset; resolving claims

**Initial Projected Date Of Final Report (TFR):**        01/01/2015         **Current Projected Date Of Final Report (TFR):**        09/30/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| **Case No.:** | 14-30330 | **Trustee Name:** | Harold B. Murphy (410300) |
|---|---|---|---|
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0547 | **Account #:** | ******1766 Checking Account - Main |
| **For Period Ending:** | 10/06/2017 | **Blanket Bond (per case limit):** | $28,300,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/14/2014 | | Northern Berkshire Healthcare, Inc. | Funds from operating account (original wire to NBH) | | 124,490.53 | | 124,490.53 |
| | {3} | | Cash on hand as of petition date $28,714.40 | 1129-000 | | | 124,490.53 |
| | {4} | | Accounts receivable $95,776.13 | 1129-000 | | | 124,490.53 |
| 04/23/2014 | {3} | Northern Berkshire Healthcare, Inc. | Funds from operating account (original wire from NBH) | 1129-000 | 40,483.62 | | 164,974.15 |
| 04/28/2014 | {3} | Northern Berkshire Healthcare, Inc. | Funds from operating account (original wire from NBH) | 1129-000 | 59,736.64 | | 224,710.79 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 272.39 | 224,438.40 |
| 05/05/2014 | {3} | Northern Berkshire Healthcare, Inc. | Funds from operating account (originally wired into NBH account) | 1129-000 | 33,786.89 | | 258,225.29 |
| 05/27/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 24,759.05 | | 282,984.34 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-30330 | Trustee Name: | Harold B. Murphy (410300) |
|---|---|---|---|
| Case Name: | VISITING NURSE ASSOCIATION & HOSPICE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0547 | Account #: | ******1766 Checking Account - Main |
| For Period Ending: | 10/06/2017 | Blanket Bond (per case limit): | $28,300,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.14 | 282,550.20 |
| 06/09/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 1,192.51 | | 283,742.71 |
| 06/16/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 1,626.87 | | 285,369.58 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 506.44 | 284,863.14 |
| 07/07/2014 | {3} | Visiting Nurse Association and Hospice (wire) | Funds from main account Bank account funds | 1129-000 | 121.31 | | 284,984.45 |
| 07/07/2014 | {3} | Visiting Nurse Association and Hospice (wire) | Funds from main bank account | 1129-000 | 309.07 | | 285,293.52 |
| 07/21/2014 | {3} | Visiting Nurse Association and Hospice | Funds from main bank account | 1129-000 | 748.00 | | 286,041.52 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.43 | 285,460.09 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**            14-30330

**Case Name:**           VISITING NURSE ASSOCIATION & HOSPICE

**Taxpayer ID #:**       **-***0547

**For Period Ending:**   10/06/2017

**Trustee Name:**            Harold B. Murphy (410300)

**Bank Name:**               Rabobank, N.A.

**Account #:**               ******1766 Checking Account - Main

**Blanket Bond (per case limit):** $28,300,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/11/2014 | | To Account #******1767 | Repayment of funds from bond payment that was taken out of restricted funds instead of the main checking account | 9999-000 | | 277.94 | 285,182.15 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 510.67 | 284,671.48 |
| 09/05/2014 | {6} | Truist | Payment re: donations for Compaign 2013 | 1290-000 | 30.00 | | 284,701.48 |
| 09/05/2014 | | From Account #******1767 | Funds went into wrong account | 9999-000 | 17,123.29 | | 301,824.77 |
| 09/05/2014 | | From Account #******1767 | Funds went into wrong account | 9999-000 | 17,140.74 | | 318,965.51 |
| 09/05/2014 | | From Account #******1767 | Funds went into wrong account | 9999-000 | 9,330.78 | | 328,296.29 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 562.62 | 327,733.67 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 544.22 | 327,189.45 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.29 | 326,716.16 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 595.25 | 326,120.91 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 524.34 | 325,596.57 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                          *! - transaction has not been cleared*

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30330 | |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | |
| **Taxpayer ID #:** | **-***0547 | |
| **For Period Ending:** | 10/06/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1766 Checking Account - Main |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 488.68 | 325,107.89 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 557.75 | 324,550.14 |
| 04/22/2015 | {7} | Berkshire Taconic | Philip F. Desch Memorial Fund of Berkshire Taconic Community Foundation grant | 1280-000 | 2,186.50 | | 326,736.64 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.82 | 326,213.82 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 517.78 | 325,696.04 |
| 06/22/2015 | {9} | Hashim & Spinola | Distribution from the Trust under the Will of Constance N. Caron | 1223-000 | 919.00 | | 326,615.04 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.31 | 326,017.73 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 578.83 | 325,438.90 |
| 08/12/2015 | 101 | Commonwealth of Massachusetts | Massachusetts Form PC - year ended September 30, 2013 | 2820-000 | | 500.00 | 324,938.90 |
| 08/12/2015 | 102 | Commonwealth of Massachusetts | Massachusetts Form PC - year ended September 30, 2014 | 2820-000 | | 500.00 | 324,438.90 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-30330 | | **Trustee Name:** | Harold B. Murphy (410300) |
|---|---|---|---|---|
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0547 | | **Account #:** | ******1766 Checking Account - Main |
| **For Period Ending:** | 10/06/2017 | | **Blanket Bond (per case limit):** | $28,300,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 540.22 | 323,898.68 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 593.99 | 323,304.69 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 555.96 | 322,748.73 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.66 | 322,212.07 |
| 12/07/2015 | 103 | Commonwealth of Massachusetts | MA Form PC - year ended September 30, 2015 | 2820-000 | | 35.00 | 322,177.07 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 609.87 | 321,567.20 |
| 01/05/2016 | 104 | Northern Berkshire Healthcare, Inc. | Per Court Order dated 12/16/15 ($1,950,000 to Wells Fargo went out of NBH account) | 8500-000 | | 245,000.00 | 76,567.20 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.89 | 76,291.31 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.45 | 76,097.86 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.86 | 75,878.00 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.88 | 75,685.12 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30330 | |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | |
| **Taxpayer ID #:** | **-***0547 | |
| **For Period Ending:** | 10/06/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1766 Checking Account - Main |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.61 | 75,492.51 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.90 | 75,273.61 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.04 | 75,081.57 |
| 08/08/2016 | 105 | International Sureties, Ltd. | Bond Payment | 2300-000 | | 42.00 | 75,039.57 |
| 08/17/2016 | 106 | Northern Berkshire Healthcare, Inc. | VNA Portion of Trustee Commission | 2100-000 | | 17,435.72 | 57,603.85 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.19 | 57,395.66 |
| 09/14/2016 | 107 | Northern Berkshire Healthcare, Inc. | Portion of VNA's Trustee commission re: 1st interim fee application (docket #273) Voided on 09/15/2016 | 2100-000 | | 17,500.00 | 39,895.66 |
| 09/15/2016 | 107 | Northern Berkshire Healthcare, Inc. | Portion of VNA's Trustee commission re: 1st interim fee application (docket #273) Voided: check issued on 09/14/2016 | 2100-000 | | -17,500.00 | 57,395.66 |
| 09/15/2016 | 108 | HAROLD B. MURPHY | VNA Portion of Trustee Commission Voided on 09/15/2016 | 2100-000 | | 64.28 | 57,331.38 |

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30330 | |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | |
| **Taxpayer ID #:** | **-***0547 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1766 Checking Account - Main |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/15/2016 | 108 | HAROLD B. MURPHY | VNA Portion of Trustee Commission Voided: check issued on 09/15/2016 | 2100-000 | | -64.28 | 57,395.66 |
| 09/15/2016 | 109 | Northern Berkshire Healthcare, Inc. | VNA Portion of Trustee Commission | 2100-000 | | 64.28 | 57,331.38 |
| 05/31/2017 | | To Account #******1766 | Transfer to make final distribution | 9999-000 | 63,227.70 | | 120,559.08 |
| 05/31/2017 | 110 | Verdolino & Lowey, P.C., Accountants to Trustee | Distribution payment - Dividend paid at 100.00% of $16,250.00; Claim # TRUSACCT; Filed: $16,250.00 | 3410-000 | | 16,250.00 | 104,309.08 |
| 05/31/2017 | 111 | Murphy & King, P.C. | Distribution payment - Dividend paid at 100.00% of $32,501.68; Claim # TRUSCOUN; Filed: $32,501.68 | 3110-000 | | 32,501.68 | 71,807.40 |
| 05/31/2017 | 112 | HAROLD B. MURPHY | Distribution payment - Dividend paid at 51.68% of $10,870.64; Claim # FEE; Filed: $10,870.64 | 2100-000 | | 5,617.69 | 66,189.71 |
| 05/31/2017 | 113 | Attorney General of Massachusetts | Distribution payment - Dividend paid at 100.00% of $63,227.00; Claim # RSTDFUND; Filed: $0.00 Voided on 06/01/2017 | 5900-000 | | 63,227.00 | 2,962.71 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| Case No.: | 14-30330 |
|---|---|
| Case Name: | VISITING NURSE ASSOCIATION & HOSPICE |
| Taxpayer ID #: | **-***0547 |
| For Period Ending: | 10/06/2017 |

| Trustee Name: | Harold B. Murphy (410300) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******1766 Checking Account - Main |
| Blanket Bond (per case limit): | $28,300,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2017 | 114 | Earthlink fdba One Communications | Distribution payment - Dividend paid at 100.00% of $1,358.16; Claim # 5P; Filed: $1,358.16 | 5800-000 | | 1,358.16 | 1,604.55 |
| 05/31/2017 | 115 | Commonwealth of Massachusetts | Distribution payment - Dividend paid at 100.00% of $1,604.55; Claim # 16; Filed: $1,604.55 | 5800-000 | | 1,604.55 | 0.00 |
| 06/01/2017 | 113 | Attorney General of Massachusetts | Distribution payment - Dividend paid at 100.00% of $63,227.00; Claim # RSTDFUND; Filed: $0.00 Voided: check issued on 05/31/2017 | 5900-000 | | -63,227.00 | 63,227.00 |
| 09/22/2017 | | Berkshire Medical Center, Inc. | Per Order dated 9/11/17 | 5800-000 | | 63,227.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 397,212.50 | 397,212.50 | $0.00 |
| Less: Bank Transfers/CDs | 106,822.51 | 277.94 | |
| Subtotal | 290,389.99 | 396,934.56 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $290,389.99 | $396,934.56 | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30330 | |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | |
| **Taxpayer ID #:** | **-***0547 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1767 VNA Endowment Fund |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/15/2014 | {2} | Restricted Funds Accounts | All of restricted funds account - portion of this will be transferred to other accts | 1129-000 | 1,100,427.82 | | 1,100,427.82 |
| 04/15/2014 | 101 | Northern Berkshire Healthcare, Inc. | Restricted funds transferred to other account | 8500-000 | | 1,061,999.77 | 38,428.05 |
| 05/02/2014 | {2} | | | 1129-000 | 59.11 | | 38,487.16 |
| 05/02/2014 | 102 | Northern Berkshire Healthcare, Inc. wire | Funds for restricted accounts Voided on 05/02/2014 | 8500-000 | | 59.11 | 38,428.05 |
| 05/02/2014 | 102 | Northern Berkshire Healthcare, Inc. wire | Funds for restricted accounts Voided: check issued on 05/02/2014 | 8500-000 | | -59.11 | 38,487.16 |
| 05/02/2014 | 103 | Northern Berkshire Healthcare, Inc. | Funds wired into VNA for restricted accounts in NBH | 8500-000 | | 59.11 | 38,428.05 |
| 05/19/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 17,123.29 | | 55,551.34 |
| 05/19/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 17,140.74 | | 72,692.08 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                                              ! - transaction has not been cleared

Exhibit 9
Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-30330 |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE |
| **Taxpayer ID #:** | **-***0547 |
| **For Period Ending:** | 10/06/2017 |

| | |
|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1767 VNA Endowment Fund |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/2014 | {3} | Northern Berkshire Healthcare, Inc. | Bank account funds (original wire went to Northern Berkshire Healthcare, Inc. account) | 1129-000 | 9,330.78 | | 82,022.86 |
| 06/23/2014 | {3} | North Adams Regional Hospital (wire) | Funds re: operating account | 1129-000 | 121.31 | | 82,144.17 |
| 07/07/2014 | {3} | North Adams Regional Hospital (wire) | Reversed Deposit Adj. 3 Funds re: operating account | 1129-000 | -121.31 | | 82,022.86 |
| 08/04/2014 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2014 FOR CASE #14-30330, Bond payment 8/1/14 - 8/1/15 | 2300-000 | | 277.94 | 81,744.92 |
| 08/11/2014 | | From Account #******1766 | Repayment of funds from bond payment that was taken out of restricted funds instead of the main checking account | 9999-000 | 277.94 | | 82,022.86 |
| 09/05/2014 | | To Account #******1766 | Funds went into wrong account | 9999-000 | | 17,123.29 | 64,899.57 |
| 09/05/2014 | | To Account #******1766 | Funds went into wrong account | 9999-000 | | 17,140.74 | 47,758.83 |
| 09/05/2014 | | To Account #******1766 | Funds went into wrong account | 9999-000 | | 9,330.78 | 38,428.05 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30330 | |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | |
| **Taxpayer ID #:** | **-***0547 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Harold B. Murphy (410300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1767 VNA Endowment Fund |
| **Blanket Bond (per case limit):** | $28,300,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/2015 | {8} | Barbara A. Lesage Estate | Distribution of its share of the residue of the Estate of Barbara Ann Lesage | 1290-000 | 25,000.00 | | 63,428.05 |
| 07/29/2015 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/30/2015 FOR CASE #14-30330 | 2300-000 | | 200.35 | 63,227.70 |
| 05/31/2017 | | To Account #******1766 | Transfer to make final distribution | 9999-000 | | 63,227.70 | 0.00 |

|  | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,169,359.68 | 1,169,359.68 | $0.00 |
| Less: Bank Transfers/CDs | 277.94 | 106,822.51 | |
| **Subtotal** | **1,169,081.74** | **1,062,537.17** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,169,081.74** | **$1,062,537.17** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page:  12

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-30330 | **Trustee Name:** | Harold B. Murphy (410300) |
| **Case Name:** | VISITING NURSE ASSOCIATION & HOSPICE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0547 | **Account #:** | ******1767 VNA Endowment Fund |
| **For Period Ending:** | 10/06/2017 | **Blanket Bond (per case limit):** | $28,300,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1766 Checking Account - Main | $290,389.99 | $396,934.56 | $0.00 |
| ******1767 VNA Endowment Fund | $1,169,081.74 | $1,062,537.17 | $0.00 |
| | **$1,459,471.73** | **$1,459,471.73** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**