# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Western Division)

| | |
|---|---|
| **In re:** **VISITING NURSE & HOSPICE OF NORTHERN BERKSHIRE, INC.,** Debtors. | **Chapter 7** **Case No. 14-30330-EDK** |

## STATEMENT OF CHAPTER 7 TRUSTEE

Harold B. Murphy, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), states as follows:

1. There are no pending adversary proceedings that will affect the distribution to creditors or the administration of the Estate.

2. All claims have been examined and any objections to claims have been resolved.

3. All applications by any Professionals for compensation have been filed and acted upon, including an application by debtor's counsel to approve application of a retainer.

4. The United States Trustee has reviewed the final account and has certified that he has no objection to the Trustee's certification that the Estate has been fully administered and is ready to close.

Respectfully submitted,

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE,

/s/ *Harold B. Murphy*
Harold B. Murphy (BBO #326610)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 0210892
Tel: (617) 423-0400
Email: hmurphy@murphyking.com

DATED: June 20, 2018
744694

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Western Division)**

| | |
|---|---|
| In re:<br><br>**VISITING NURSE & HOSPICE OF NORTHERN BERKSHIRE, INC.,**<br><br>Debtors. | Chapter 7<br><br>Case No. 14-30330-EDK |

### CERTIFICATE OF SERVICE

I, Harold B. Murphy, hereby certify that on this day, I caused a copy of the *Statement of Chapter 7 Trustee* to be served via this Court's CM/ECF System to the parties on the attached service list.

/s/ *Harold B. Murphy*
Harold B. Murphy (BBO #326610)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 0210892
Tel:  (617) 423-0400
Email:  hmurphy@murphyking.com

DATED:  June 20, 2018
744694

- Service List:

- Olga L. Gordon    ogordon@murthalaw.com, kbratko@murthalaw.com
- Donald Ethan Jeffery    dej@murphyking.com, pas@murphyking.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- Jeffrey D. Sternklar    jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
- Steven Weiss    sweiss@ssfpc.com, alewkowicz@ssfpc.com
- Keri Linnea Wintle    klwintle@duanemorris.com, mmmelo@duanemorris.com